El Paso County - 41st District Court

Filed 1/19/2022 12:42 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3367

08-22-00026-CV

CAUSE NO. 2020DCV3367

| IN RE: THE COMMITMENT OF | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | EL PASO COUNTY, TEXAS |
| | § | |
| | § | |
| GILBERT FIELDING | § | 41st JUDICIAL DISTRICT |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/19/2022 3:20:41 PM
ELIZABETH G. FLORES
Clerk

## NOTICE OF APPEAL

COMES NOW GILBERT FIELDING, the Respondent in the above styled cause and files this Notice of Appeal pursuant to Texas Rules of Appellate Procedure, Rule 25.1, and states the following:

1. This is an appeal of Cause No. 2020DCV3367, styled In Re: The Commitment of Gilbert Fielding, in the 41st District Court, El Paso County, Texas.

2. The Final Judgment was signed by the Honorable Judge Annabell Perez in the above styled matter on November 4, 2021.

3. A Motion for New Trial was filed in this cause on November 30, 2021.

4. The Respondent Gilbert Fielding desires to appeal the judgment in this cause.

5. This case is being appealed to the 8th Court of Appeals in El Paso, Texas.

6. The Respondent, Gilbert Fielding is filing this Notice of Appeal.

Respectfully submitted,

/s/ Kenneth Nash
Kenneth Nash
Texas Bar No. 14811030
State Counsel for Offenders
P. O. Box 4005
Huntsville, Texas   77342
Ph: (936) 437-5241
Fax: (936) 437-5279
Email: ken.nash@scfo.texas.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Appeal was served upon opposing counsel noted below, by one or more of the following: e-file, certified mail (return receipt requested), facsimile transfer, or electronic mail (e-mail), this 19th day of January 2022.

Melinda Fletcher                                                    **VIA EFILE**
Special Prosecution Unit, Appellate Counsel
P.O. Box 1744
Amarillo, Texas 79501
Fax Number: 866-923-9253
E-Mail Address: mfletcher@sputexas.org

/s/ Kenneth Nash
Kenneth Nash
Attorney for Appellant, State Counsel for Offenders

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Elizabeth Raab on behalf of Ken Nash
Bar No. 14811030
elizabeth.raab@tdcj.texas.gov
Envelope ID: 60948219
Status as of 1/19/2022 1:52 PM MST

Associated Case Party: Special Prosecution Unit

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelly Hickman | | khickman@sputexas.org | 1/19/2022 12:42:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Randall Petrakovitz | | randy.petrakovitz@scfo.texas.gov | 1/19/2022 12:42:53 PM | SENT |
| Ken Nash | | kenneth.nash@scfo.texas.gov | 1/19/2022 12:42:53 PM | ERROR |
| Heather Douglas | | heather.douglas@scfo.texas.gov | 1/19/2022 12:42:53 PM | SENT |
| Melinda Fletcher | | mfletcher@sputexas.org | 1/19/2022 12:42:53 PM | SENT |
| Elizabeth Raab | | elizabeth.raab@scfo.texas.gov | 1/19/2022 12:42:53 PM | SENT |